**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHELLE R. KIRBY, | ) | NO. CV 18-497-E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

In accordance with the August 20, 2021 Order of the United States Court of Appeals for the Ninth Circuit, the case is remanded to the Administration for further proceedings consistent with the Supreme Court's intervening decision in Carr v. Saul, 141 S. Ct. 1352 (2021).

DATED: August 23, 2021.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE